THE FIRST NATIONAL BANK OF SING SING, Appellant, *v.*
THOMAS H. CHALMERS et al., Respondents.

(Argued April 15, 1890; decided June 10, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made December 15, 1886, which affirmed a judgment
in favor of defendants entered upon a decision of the court
on trial at Circuit.

This case is not reported, as neither of the opinions was con-
curred in by a majority of the court.

*Francis Larkin* for appellant.

*Calvin Frost* for respondents.

POTTER and BRADLEY, JJ., read for reversal and new trial;
HAIGHT, J., concurs ; PARKER, J., concurs in result ; FOLLETT,
Ch. J., and BROWN, J., dissent ; VANN, J., does not vote.
Judgment reversed.

───────────

WALTER J. BUSTIN, Respondent, *v.* JOHN MOORE, Appellant.

(Argued June 3, 1890; decided June 17, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an
order made January 10, 1888, which affirmed a judgment in
favor of plaintiff entered upon the report of a referee.

*Louis Marshall* for appellant.

*M. M. Waters* for respondent.

Agree to affirm ; no opinion.
All concur, except FOLLETT, Ch. J. and VANN, J., not sitting.
Judgment affirmed.